Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | VUE HER |
| **Docket Number:** | 1:08CR00020-01 AWI |
| **Offender Address:** | Clovis, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | June 30, 2008 |
| **Original Offense:** | 18 USC 922(g)(1), Felon in Possession of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 21 months Bureau of Prisons; 36 months supervised release; $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; and 4) Aftercare co-payment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | Released to immigration custody on July 20, 2009; released to community supervision on September 9, 2009. |
| **Assistant U.S. Attorney:** | Elana S. Landau     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody Walcott     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None. |

**RE:**     **VUE HER**
            **Docket Number:  1:08CR00020-01 AWI**
            **PETITION TO MODIFY THE CONDITIONS OR TERM**
            **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**  A review of the Substance Abuse Section of the offender's Presentence Investigation Report reveals that he has a history of alcohol and substance abuse.  While the offender has not sustained any alcohol-related convictions, he recently admitted that alcohol is his "substance of choice."  He further admitted that prior to his incarceration on the instant count of conviction, alcohol was "a problem" for him.  Based on this information, a special condition prohibiting him from the possession or consumption of alcoholic beverages appears warranted and is recommended.  The offender has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

RE:     **VUE HER**
         **Docket Number: 1:08CR00020-01 AWI**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN**
**United States Probation Officer**
Telephone: (559) 499-5721

**DATED:**     September 17, 2009
              Fresno, California
              BB

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                       **HUBERT J. ALVAREZ**
                       **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )     Modification approved as recommended.

( )     Modification not approved at this time. Probation Officer to contact Court.

( )     Other:

cc:     United States Probation
        Elana S. Landau, Assistant United States Attorney
        Melody Walcott, Assistant Federal Defender
        Defendant
        Court File

IT IS SO ORDERED.

**Dated:**    **September 22, 2009**          /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE